**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **HOWARD WILLIAMS** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:05cv143** |
| **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | § | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. Plaintiff filed objections to the Report and Recommendation. The Court conducted a *de novo* review of the Magistrate Judge's findings and conclusions.

Plaintiff objects to the Magistrate Judge's recommendation that Plaintiff's above-entitled and numbered social security cause of action be affirmed. Specifically, Plaintiff asserts the Magistrate Judge acknowledges Roger House, M.D. diagnosed Plaintiff with "Panic Disorder with Agoraphobia and Depressive Disorder." Plaintiff asserts Dr. House's conclusions are supported by the diagnosis of anxious depression by Dr. Clevenger; anxiety/depression by Dr. Panjwani; and depression and panic disorder with agoraphobia by Dr. Zimmerman. Plaintiff contends substantial evidence does not exist to support the Commissioner's ruling.

After reviewing the transcript, the briefs of the parties, and the Report and Recommendation, the Court finds Plaintiff's objections are without merit. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report

of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that the above-entitled Social Security action is **AFFIRMED**.

**SIGNED this 15th day of February, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE